IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-52436-CAG |
| DHW WELL SERVICE, INC. | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

## NOTICE OF HEARING

The hearing on the confirmation of the **Subchapter V Debtor's Plan of Reorganization** [Docket No. 68] has been continued from May 12, 2025 at 10:00 a.m. to **June 23, 2025 at 10:00 a.m.** in Courtroom No. 3, 5th Floor, U.S. Bankruptcy Court, 615 E. Houston St., San Antonio, Texas.

Date: May 6, 2025

Respectfully submitted,

/s/ William R. Davis, Jr.
WILLIAM R. DAVIS, JR.
State Bar No. 05565500
LANGLEY & BANACK, INC.
745 E. Mulberry, Suite 700
San Antonio, TX 78212
Telephone: (210) 736-6600
wrdavis@langleybanack.com

Attorneys for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2025, a true and correct copy of the above and foregoing instrument was mailed, first class, postage prepaid, to the attached notice list.

/s/ William R. Davis, Jr.
WILLIAM R. DAVIS, JR.

Label Matrix for local noticing
0542-5
Case 24-52436-cag
Western District of Texas
San Antonio
Tue May 6 07:48:59 CDT 2025

DHW Well Service, Inc.
255 Loop 517
Carrizo Springs, TX 78834

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

AT&T
P.O. Box 105414
Atlanta, GA 30348-5414

Austin Hose - Corp.
Attn: Accounts Receivable
P.O. Box 9533
Amarillo, TX 79105-9533

Balboa Capital (Ameris Bank)
575 Anton Blvd., 12th Fl.
Costa Mesa, CA 92626-7169

Card Service Center
P.O. Box 569100
Dallas, TX 75356-9100

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX 78711-2548

Comptroller of Public Accounts
P.O. Box 12548
Austin, TX 78711-2548

Dimmit County
Mary E. Sandoval
PO Box 425
Carrizo Springs, TX 78834-6425

Dimmit County
c/o Benjamin Trotter
PerdueBrandonFielderCollins & Mott LLP
613 NW Loop 410, Suite 550
San Antonio, TX 78216-5593

Don H. Wilson
14811 Huebner Rd., Apt. 9128
San Antonio, TX 78231-1755

Enterprise FM Trust
P.O. Box 800089
Kansas City, MO 64180-0089

FMB Energy Services, Inc.
P.O. Box 1509
Carrizo Springs, TX 78834-7509

Flowers Davis, PLLC
1021 Ese Loop 323, Suite 200
Tyler, TX 75701-9607

French-Ellison Truck Center
P.O. Box 732492
Dallas, TX 75373-2492

Geotab USA, Inc.
Dept. Ch 17089
Palatine, IL 60055-7089

Hopper's Soft Water Service
120 W. Frio
Uvalde, TX 78801-3699

Houston County, et al
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 2007
Tyler, TX 75710-2007

Houston County, et al.
Perdue Brandon Fielder Collins & Mott
110 N College Ave Ste 1202
Tyler, TX 75702-7226

Independent Bankersbank
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate Billing Service, Inc.
P.O. Box 2250
Decatur, AL 35609-2250

J&J Excavating & Materials
4236 N. US Hwy. 83
Crystal City, TX 78839-1621

KC & Company
P.O. Box 216
Sheboygan, WI 53082-0939

KC & Company, Inc.
PO Box 216
Carrizo Springs, TX 78834-6216

Kapitus Servicing, Inc.
120 West 45th Street 4th Floor
New York, NY 10036-4041

Keith Martin
537 Preston Trail
Boerne, TX 78006-8860

Kimberly A. Walsh
Texas Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

| | | |
|---|---|---|
| Longoria & Kelly, PLLC<br>1858 E. Main Street<br>Eagle Pass, TX 78852-4713 | Milliken and Michaels, Inc.<br>1114 17th Street<br>Vero Beach, FL 32960-3630 | Patrick S. McArthur<br>Perdue Brandon Fielder Collins & Mott<br>110 N College Ave Ste 1202<br>Tyler, TX 75702-7226 |
| (p)PAWNEE LEASING CORPORATION ATTN SANDI CAR<br>3801 AUTOMATION WAY<br>STE 207<br>FORT COLLINS CO 80525-5735 | Pitney Bowes<br>P.O. Box 371896<br>Pittsburgh, PA 15250-7896 | Quarles Petroleum<br>P.O. Box 745736<br>Atlanta, GA 30374-5736 |
| Rush Truck Centers<br>P.O.<br>Box 2208<br>Decatur, AL 35609-2208 | Ryder Truck Rental, Inc.<br>c/o Walsh & Gaertner<br>24 East Fourth Street<br>Saint Paul, MN 55101-1002 | STEVEN B. BASS<br>Assistant United States Attorney<br>903 San Jacinto Blvd., Suite 334<br>Austin, Texas 78701-2449 |
| Small Business Administration<br>2120 Riverfront Drive<br>Little Rock, AR 72202-1794 | Southern Tire Mart<br>Paul C. Sewell<br>2650 Commerce Way<br>Kaufman, TX 75142-7325 | Sunbelt Rentals<br>PC #276<br>321 E. Dallas Rd.<br>Grapevine, TX 76051-4107 |
| TOYOTA INDUSTRIES COMMERCIAL FINANCE INC.<br>c/o Weltman, Weinberg & Reis Co., LPA<br>5990 West Creek Rd. Ste 200<br>Independence, OH 44131-2191 | Texas Mutual Insurance<br>Dallas<br>P.O. Box 841843<br>1, TX 75284 | Texas Mutual Insurance Company<br>2200 Aldrich Street<br>Austin, TX 78723-3473 |
| Toyota Industries Commercial Finance<br>Weltman, Weinberg & Reis Co.<br>5990 West Creek Rd. Suite 200<br>Independence, OH 44131-2191 | U.S. Small Business Administration<br>10737 Gateway West, Suite 300<br>El Paso, TX 79935-4910 | U.S. Small Business Administration<br>615 E. Houston St., Ste 298<br>San Antonio, TX 78205-2046 |
| United States Attorney<br>Taxpayer Division<br>601 N.W. Loop 410 Suite 600<br>San Antonio, TX 78216-5512 | United States Attorney General<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>San Antonio, TX 78205-2055 |
| WBL SPO I, LLC<br>c/o James E. Cuellar<br>440 Louisiana Suite 718<br>Houston, TX 77002-1058 | Eric Terry<br>Eric Terry Law, PLLC<br>3511 Broadway<br>San Antonio, TX 78209-6513 | William R. Davis Jr<br>Langley & Banack, Inc.<br>745 E. Mulberry Ave, Suite 700<br>San Antonio, TX 78212-3172 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Citibusiness Card<br>P.O. Box 183051<br>Columbus, OH 43218-3051 | Pawnee Leasing Corporation<br>3801 Automation Way, Suite 207<br>Fort Collins, CO 80525 |